UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PEDRO MORALES-CARRILLO,

Defendant.

Case No. 2:17-cr-00241-KJD-BNW

ORDER FOR ISSUANCE OF
WRIT OF HABEAS CORPUS
AD PROSEQUENDUM FOR
PEDRO MORALES-CARRILLO

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **PEDRO MORALES-CARRILLO** before the United States District Court at Las Vegas, Nevada, on or about Weds, 8/07/19 @ 2:30pm, CTRM #3C, ~~at the hour of 3:00 p.m.~~ for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 1, 2019

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | NICHOLAS A. TRUTANICH |
| | United States Attorney |
| 2 | District of Nevada |
| | Nevada Bar No. 13644 |
| 3 | KIMBERLY M. FRAYN |
| | Assistant United States Attorney |
| 4 | 501 Las Vegas Boulevard South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | Tel: 702.388.6336 / Fax: 702.388.6418 |
| | kimberly.frayn@usdoj.gov |
| 6 | |
| 7 | *Attorneys for United States of America* |

FILED
2019 JUL 31 AM 10: 59
U.S. MAGISTRATE JUDGE
BY_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00241-KJD-BNW |
| Plaintiff, | |
| vs. | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR PEDRO MORALES-CARRILLO** |
| PEDRO MORALES-CARRILLO, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **PEDRO MORALES-CARRILLO** is committed by due process of law in the custody of the Warden, Southern Desert Correctional Center, Indian Springs, Nevada, that it is necessary that the said **PEDRO MORALES-CARRILLO** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **PEDRO MORALES-CARRILLO** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Weds, 8/07/19 at 2:30pm, at the Courtroom #3C

1 hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until

2 excused by the said Court.

3   That the presence of the said **PEDRO MORALES-CARRILLO** before the United

4 States District Court on or about Weds, 8/07/19 @ 2:30pm, CTRM #3C, at the hour

5 of 3:00 p.m., for arraignment and from time to time and day to day thereafter until

6 excused by the Court has been ordered by the United States Magistrate or District Judge

7 for the District of Nevada.

8   WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

9 Prosequendum issue out of this Court, directed to the Warden, Southern Desert

10 Correctional Center, Indian Springs, Nevada, and to the United States Marshal for the

11 District of Nevada, commanding them to produce the said **PEDRO MORALES-**

12 **CARRILLO** before the United States District Court on or about

13 Weds, 8/07/19 @ 2:30pm, CTRM #3C, at the hour of 3:00 p.m., for arraignment and

14 from time to time and day to day thereafter, at such times and places as may be ordered

15 and directed by the Court entitled above, to appear before the Court, and when excused by

16 the said Court, to be returned to the custody of the Warden, Southern Desert Correctional

17 Center, Indian Springs, Nevada.

18   DATED: July 31, 2019

19                                           NICHOLAS A. TRUTANICH
                                             United States Attorney
20

21                                           /s/ Kimberly M. Frayn
                                             KIMBERLY M. FRAYN
22                                           Assistant United States Attorney
                                             District of Nevada
23

24