|   | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA | |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO MORALES-CARRILLO,<br><br>Defendant. | Case No. 2:17-cr-00241-KJD-BNW<br><br>ORDER |

**ORDER**

IT IS THEREFORE ORDERED that Defense Counsel's Reply to the Government's Response (ECF No. 24) to Defendant's Motion to Dismiss (ECF No. 19) currently due on Friday, December 13, 2019, be vacated and continued to Friday, December 20, 2019.

DATED this 13th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE