# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO MORALES-CARRILLO,

    Defendant.

Case No. 2:17-cr-00241-KJD-BNW

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On November 5, 2019, the defendant Pedro Morales-Carrillo, ("Morales" or "defendant"), filed a motion to dismiss the indictment. (ECF No. 19). The government responded in opposition on December 6, 2019. (ECF No. 24). Morales filed his reply on December 20, 2019. (ECF No. 27).

2. On December 27, 2019, the Magistrate Judge issued a Report and Recommendation (R&R), which recommends that the District Court deny Morale's motion to dismiss. (ECF No. 28). Morales filed his objections to the R&R on January 10, 2020. The government's response is presently due on January 24, 2020.

3. The parties need additional time to reach a negotiated settlement that would include, among other things, Morales' withdrawing his motion to dismiss. Such action would render the objections to the R&R moot, which will increase judicial economy.

4. Also, counsel for the government needs additional time to research and draft an appropriate response to Morales's objections to the R&R. The parties have agreed that the

government shall have up to and including Friday, February 7, 2020, in which to file its response. The parties agree that additional time is needed to allow the pretrial motion litigation to become completed. The current trial date of February 24, 2020, will not be adversely affected by the granting of this request.

5. The defendant is incarcerated and does not object to the continuance.

6. The parties agree to the extension of time for the government to file its response.

7. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which to reach a negotiated settlement or to complete dispositive motion's litigation.

8. This is the first stipulation to continue the government's time to file a response to Morales objections to the R&R.

## **ORDER**

THEREFORE, IT IS HEREBY ORDERED that the government shall have up to and including Friday, February 7, 2020 in which to file its response to the Defendant's Objections To The Magistrate Judge's Report And Recommendation (ECF No. 29).

DATED this __31st__ day of January 2020.

_____
HONORABLE KENT J. DAWSON
United States District Judge