# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO MORALES-CARRILLO,

    Defendant.

Case No. 2:17-cr-241-KJD-BNW

ORDER

## **ORDER**

IT IS THEREFORE ORDERED that the Government's Reply to Defendant's Objections to the Report and Recommendation (ECF No. 28) currently due on Friday, February 7, 2020, be vacated and continued to Friday, February 21, 2020.

DATED this _5th_ day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE