# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-241-KJD-BNW |
| Plaintiff, | ORDER |
| v. | |
| PEDRO MORALES-CARRILLO, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that the Government's Reply to Defendant's Objections to the Report and Recommendation (ECF No. 28) currently due on Friday, February 21, 2020, be vacated and continued to Friday, March 6, 2020.

DATED this 24 day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE