# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PEDRO MORALES CARRILLO, <br><br> Defendant. | Case No. 2:17-cr-0241-KJD-BNW <br><br> **ORDER** |

Before the Court is the Report and Recommendation by U.S. Magistrate Judge Brenda Weksler that defendant Pedro Morales Carrillo's Motion to Dismiss Based on Prior Unlawful Deportation be denied (ECF No. 28). Carrillo timely filed his objections to the recommendation (ECF No. 29). The parties then stipulated to extend the time for the government to respond to Carrillo's objections (ECF No. 30, 32, 36). However, before the government responded, the parties reached a plea agreement, and Carrillo withdrew his Motion to Dismiss (ECF No. 38). There being no underlying motion to dismiss, Magistrate Judge Weksler's Report and Recommendation is moot.

Accordingly, IT IS HEREBY ORDERED that the pending Report and Recommendation prepared by U.S. Magistrate Judge Weksler (ECF No. 28) is **denied as moot**.

Dated this 9th day of March, 2020.

_____
Kent J. Dawson
United States District Judge