# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEDRO MORALES-CARRILLO,<br><br>　　　　Defendant. | Case No. 2:17-cr-00241-KJD-BNW<br><br>**ORDER** |

IT IS ORDERED that the change of plea and sentencing hearing will be held on  July 8, 2020  at the hour of  9:00   a.m.

DATED this 8th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE